**Fill in this information to identify the case:**

Debtor 1     Steven Jay Hall

Debtor 2     Peggy Lynn Hall
(Spouse, if filing)
United States Bankruptcy Court for the: Western District of Washington

Case number 17-41612-MJH

Form 4100R
# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4131

**Property address:** 116 Spencer Creek Road
Kalama, WA 98625

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **April 1, 2022**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $_____

c. **Total.** Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____

| Debtor 1 | Steven | Jay | Hall | Case Number (if known) | 17-41612-MJH |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid infull or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| | ✗ /s/ Erica Loftis | | Date | 04/22/2022 |
| | Signature | | | |
| Print: | Erica Loftis | | Title | Bankruptcy Attorney |
| Company | Ghidotti \| Berger LLP | | | |
| Address | 1920 Old Tustin Avenue | | | |
| | Number Street | | | |
| | Santa Ana, CA 92705 | | | |
| | City State Zip Code | | | |
| Contact phone | (949) 427-2010 | | Email | bknotifications@ghidottiberger.com |

# CERTIFICATE OF SERVICE

On April 22, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Kevin R Vibbert
ECF@Vibbert.Law

US TRUSTEE
USTPRegion18.SE.ECF@usdoj.gov

CHAPTER 13 Trustee
Michael G. Malaier
ecfcomputer@chapter13tacoma.org

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On April 22, 2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Steven Jay Hall
116 Spencer Creek Road
Kalama, WA 98625

DEBTOR
Peggy Lynn Hall
116 Spencer Creek Road
Kalama, WA 98625

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice